UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID GARCIA,

    Petitioner,

v.

P. CAVALLO,

    Respondent.

Case No. 20-cv-04167-WHO (PR)

**ORDER OF DISMISSAL**

After petitioner David Garcia filed an unsigned habeas petition, the Clerk of the Court sent him notices directing him (i) to file a signed petition, and (ii) to file a complete application to proceed *in forma pauperis* (IFP), or pay the full filing fee. Garcia has not complied with either Clerk's Notice. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Garcia may move to reopen. Any such motion must contain (i) a signed petition on this Court's form; and (ii) a complete application to proceed IFP (or full payment for the $5.00 filing fee).

The Clerk shall enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED.**

**Dated:** August 18, 2020

_____
WILLIAM H. ORRICK
United States District Judge